MEEHAN and ELWOOD J. HARLAM, Copartners, etc., Appellants.— The court grants taxable costs and disbursements on this appeal. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ. Settle order on notice.

In the Matter of the Application of the STATE COMMISSION OF PRISONS, with Regard to the Construction, Management and Affairs of Nassau County Jail.— Motion granted. The order made by this court on consent of the Attorney-General and counsel for the board of supervisors of Nassau county is vacated and set aside, and the proceeding is remitted to Hon. William D. Dickey, as official referee, for such further proceedings and proof as the parties may see fit to offer in view of the changed conditions, with direction that the official referee make such supplemental report as he may deem necessary, with all convenient speed. Present — Jenks, P. J., Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of LOUIS B. WEHLE for Admission to the Bar.—Application granted. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

MARY E. JENKINS, Appellant, v. CHRISTOPHER C. MOLLENHAUER, Receiver, etc., Respondent.— Motions denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

HELEN LAUFER, Appellant, v. ARTHUR M. FRANKEL, Respondent. ABRAHAM LAUFER, Appellant, v. ARTHUR M. FRANKEL, Respondent.— Motions granted. Appellants to file typewritten records as provided for in printed records. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion granted upon condition that defendant stipulate that the determination of this action shall apply to pending claims of like character, perfect the appeal, place the cause on the calendar for the October term and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ. Settle order on notice.

ROSE M. PALMER and Another, Respondents, v. ROTARY REALTY COMPANY, INC., and Others, Appellants.— Motions denied, without costs. Present — Mills, Putnam, Kelly and Jaycox, JJ.; Jenks, P. J., not voting.

FREDERICK J. RILEY, Appellant, v. ROBERT GORDON, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

L. A. YOUNG INDUSTRIES, INC., Respondent, v. JAMES A. ABELES, Appellant.— Order modified by striking therefrom the requirements expressed in (a) of the order, and as so modified affirmed, without costs to either party. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

MARIE MAGER, Appellant, v. JOSEPH A. WUYTACK, Respondent.— Orders of the County Court of Nassau county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

ROSE M. PALMER and LILLIAN PALMER, Appellants, v. ROTARY REALTY COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars